# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                    CASE NO. 4:13CR00329-05  BSM

OSIEL LOPEZ-ACUNA                                                    DEFENDANT

## ORDER

The United States moves to dismiss the November 6, 2013, original indictment against defendant Osiel Lopez-Acuna [Doc. No. 405]. On July 17, 2014, Osiel Lopez-Acuna pled guilty to Counts 1 and 8 of the First Superseding Indictment in the Western District of Tennessee in Case No. 2:13CR20289 SHM. The motion to dismiss the original indictment [Doc. No. 405] against defendant Lopez-Acuna is therefore granted.

IT IS SO ORDERED this 13th day of February 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE